ORIGINAL

FLORENCE T. NAKAKUNI  2286
United States Attorney
District of Hawaii

THOMAS MUEHLECK  3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone: (808)541-2850
Facsimile: (808)541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 12 2010

at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) MAG. NO. 10-0446 LEK |
|---|---|
| Plaintiff, | ) MOTION TO DETAIN DEFENDANT )  WITHOUT BAIL |
| vs. | ) |
| RENE LEMA, | ) |
| Defendant. | ) |

MOTION TO DETAIN DEFENDANT WITHOUT BAIL

The United States hereby moves to detain defendant without bail, pursuant to Title 18, U.S.C. Section 3142.

1.  <u>Eligibility of Case</u>.  This defendant is eligible for detention because the case involves (check all that apply):

    ____  a.  Offense committed on release pending felony trial (3142(d)(1)(A)(i))*

    ____  b.  Offense committed on release pending imposition, execution, or appeal of sentence, conviction or completion of sentence (3142(d)(1)(A)(ii))*

    ____  c.  Offense committed while on probation or parole (3142(d)(1)(A)(iii))*

    ____ d.    A citizen of a foreign country or unlawfully admitted person (3142(d)(1)(B))*

    ____ e.    Crime of violence (3142(f)(1)(A))

    ____ f.    Maximum sentence life imprisonment or death (3142(f)(1)(B))

    _X_ g.    10+ year drug offense (3142(f)(1)(C))

    ____ h.    Felony, with two prior convictions in above categories (3142(f)(1)(D))

    ____ i.    Felony not otherwise a crime of violence involving a minor victim (3142(f)(1)(E))

    ____ j.    Felony not otherwise a crime of violence involving the possession or use of a firearm, destructive device, or dangerous weapon (3142(f)(1)(E))

    ____ k.    Felony not otherwise a crime of violence involving a failure to register under 18 USC 2250 (3142(f)(1)(E))

    _X_ l.    Serious risk defendant will flee (3142(f)(2)(A))

    _X_ m.    Danger to other person or community **

    ____ n.    Serious risk obstruction of justice (3142(f)(2)(B))

    ____ o.    Serious risk threat, injury, intimidation of prospective witness or juror (3142(f)(2)(B))

\* requires "l" or "m" additionally

\** requires "a", "b", "c", or "d" additionally

2.    <u>Reason for Detention</u>.  The court should detain defendant (check all that apply):

    _X_ a.    Because there is no condition or combination of conditions of release which will reasonably assure defendant's appearance as required (3142(e))

2

    __X__ b.    Because there is no condition or combination of conditions of release which will reasonably assure the safety of any other person and the community (3142(e))

    ____ c.    Pending notification of appropriate court or official (not more than 10 working days (3142(d))

3. <u>Rebuttable Presumption</u>. The United States will invoke the rebuttable presumption against defendant under Section 3142(e). If invoked, the presumption applies because (check all that apply):

    __X__ a.    Probable cause to believe defendant committed 10+ year drug offense

    ____ b.    Probable cause to believe defendant committed an offense under 18 U.S.C. § 924(c)

    ____ c.    Previous conviction for eligible offense committed while on pretrial bond

4. <u>Time for Detention Hearing</u>. The United States requests that the court conduct the detention hearing:

    ____ a.    At first appearance

    __X__ b.    After continuance of 3 days (not more than 3)

5. Other matters:

DATED: May 12, 2010, at Honolulu, Hawaii.

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

By /s/ T. Muehleck
THOMAS MUEHLECK
Assistant U.S. Attorney

3