ORIGINAL

# UNITED STATES DISTRICT COURT
— District of Hawaii —

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 16 2010
at 9 o'clock and __ min __ M.
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

V.

**RENE LEMA**
(Name and Address of Defendant)

SUMMONS IN A CRIMINAL CASE

Case Number: CR 10-00300-HG-02

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | Room<br>AS DESIGNATED |
|---|---|
| Before: Kevin S.C. Chang, United States Magistrate Judge | Date and Time<br>**Wednesday, May 26, 2010<br>at 2:30 p.m.** |

To Answer an Indictment charging you with a violation of Title 21 United States Code, Sections 846, and Title 18 United States Code, Section 2.

Brief description of offense:

Count 1: Conspiracy to distribute methamphetamine, a Schedule II controlled substance.
Count 2: Conspiracy to possess with intent to distribute methamphetamine, a Schedule II controlled substance.

Sue Beitia, Clerk of Court
Name and Title of Issuing Officer

/s/ Sue Beitia by AC
Signature of Issuing Officer/Deputy Clerk

May 21, 2010
Date

Case No.     CR 10-00300-HG-02
USA vs. Re

## PROOF OF SERVICE

This summons was received to me on *(date)* _____ .

☐ I personally served the summons on this defendant _____ at *(place)* _____ On *(date)* _____ ; or

☐ On *(date)* _____ I left the summons at the individuals residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, and I mailed a copy to the indivual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* _____ , who is authorized to receive service of process on behalf of *(name of organization)* _____ on *(date)* _____ and I mailed a copy to the organization's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____ .

I declare that under penalty of perjury that this information is true.

Date returned: _____    _____
*Server's Signature*

_____
*Printed name and title*

Remarks:



Home | Help | Sign In

**Track & Confirm** | FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7009 1410 0000 0475 6132**
Status: **Delivered**

Your item was delivered at 10:02 am on May 27, 2010 in DELANO, CA 93215. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

(Restore Offline Details >)  (Return to USPS.com Home >)

**Track & Confirm**
Enter Label/Receipt Number.

(Go >)

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA



Sent To: R. Lema  05/24/10  CR 10-00300

Total Postage & Fees: $5.98