FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

THOMAS MUEHLECK #3591
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  Tom.Muehleck@usdoj.gov

Attorneys for the Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 10-00300-02 HG |
|---|---|---|
| Plaintiff, | ) | SENTENCING STATEMENT OF THE UNITED STATES; |
| vs. | ) | CERTIFICATE OF SERVICE |
| RENE LEMA, (02) | ) | |
| | ) | Date:  March 3, 2011 |
| Defendant. | ) | Time:  1:30 p.m. |
| | ) | Judge:  Helen Gillmor |

SENTENCING STATEMENT OF THE UNITED STATES

The United States has reviewed the draft presentence reports and has no objections to the factual statements or guideline computations contained in the reports.

DATED:  January 12, 2011, at Honolulu, Hawaii.

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii


By  /s/ Thomas Muehleck
   THOMAS MUEHLECK
   Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through EM/ECF:

    Barry Edwards, Esq.

    Attorney for Defendant
    RENE LEMA

Served by hand-delivery:

    Roy Kawamoto
    U.S. Probation Office
    300 Ala Moana Boulevard
    Honolulu, HI  96850

    DATED:  January 12, 2011, at Honolulu, Hawaii.


                                              /s/ Dawn Aihara